IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRIAN EVAN ROTH,

      Appellant,

v.                                        Case No. 5D21-2448
                                          LT Case No. 2016-CF-036747-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Brevard County,
Steve Henderson, Judge.

Michael Ufferman, of Michael Ufferman
Law Firm, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.